1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11   JESSCENIA D. PEREZ,                    Case No. 1:25-cv-01351-KES-CDB (SS)

12                 Plaintiff,               ORDER ON STIPULATION EXTENDING
                                            PLAINTIFF'S TIME TO FILE MOTION FOR
13        v.                                SUMMARY JUDGMENT

14   COMMISSIONER OF SOCIAL                 (Doc. 11)
     SECURITY,
15
                   Defendant.
16

17        Pending before the Court is Plaintiff Jesscenia D. Perez's stipulated request to extend the

18   deadline to file a motion for summary judgment, from January 9, 2026, through and including

19   March 10, 2026. (Doc. 11). In support, the parties represent that Plaintiff's counsel has 30 briefs

20   due during the weeks of January 5, 2026, and January 12, 2026, and requires additional time to

21   brief the issues in this action. *Id.* at 2.

22        For good cause shown, it is HEREBY ORDERED that Plaintiff shall file the motion for

23   summary judgment by no later than **March 10, 2026**. The opposition and optional reply shall be

24   filed in accordance with the Court's scheduling order. (Doc. 5).

25   IT IS SO ORDERED.

26    Dated:   __January 7, 2026__          _____

27                                          UNITED STATES MAGISTRATE JUDGE

28